UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: CASE NO. 11-61551-Marra/Johnson

DAVID SMITH,

    Plaintiff,

v.

MIAMI-DADE COUNTY POLICE
DEPARTMENT, et al.,

    Defendants.

_____/

## NOTICE OF STRIKING

Miami-Dade County (the "County") hereby files this Notice of Striking and gives notice of striking Docket Entry 6 First Motion to Dismiss the State Court Complaint and Docket Entry 7 Notice of Filing Inadvertently Omitted Exhibit To Motion To Dismiss.  These fillings are being stricken due to inadvertent electronic filing errors.  These documents will be re-filed; however, the substance of the documents will not be altered.

    RESPECTFULLY SUBMITTED,

    R. A. CUEVAS, JR.
    Miami-Dade County Attorney
    Stephen P. Clark Center
    111 N.W. 1st Street, Suite 2810
    Miami, Florida  33128

    By:    s/ Shanika Graves_____
    Shanika A. Graves & Erica S. Zaron
    Assistant County Attorneys
    Florida Bar Numbers 0667153 & 514489
    Telephone: (305) 375-5151
    Facsimile: (305) 375-5611

                                          E-mail: sgraves@miamidade.gov
                                          E-mail: zaron@miamidade.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. Mail on this 28th day of July, 2011, to all parties on the attached service list.

                                          s/Shanika Graves_____
                                          Shanika A. Graves
                                          Assistant County Attorney

## SERVICE LIST

**Counsel for Plaintiff**
K. Brian Roller, Esquire
Schwartz, Zweben, Robins, Burnett & Roller, LLP
3876 Sheridan Street
 Hollywood, Florida 33021
Telephone: (954) 966-2483
Facsimile:  (954) 966-2566


**Counsel for Florida Department of Corrections**
Christopher J. Whitelock, Esq.
Whitelock & Associates, P.A.
The Whitelock Law Building
300 Southeast Thirteenth Street
Suite D
Fort Lauderdale, Florida, 33316
Telephone: (954) 463-2001
Facsimile:  (954) 463-0410
Email:  cjw@whitelocklegal.com


**Counsel for Miami-Dade County**
Shanika A. Graves & Erica S. Zaron
Assistant County Attorneys
Email: sgraves@miamidade.gov
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128
Telephone: (305) 375-5151

Facsimile: (305) 375-5634
*No service necessary*